ALPHONSO, The, (WILLIAMSON v.)

[See Williamson v. The Alphonso, Case No. 17,749.]

---

## Case No. 259.

ALRICKS v. SLATER et al.

[1 Cranch, C. C. 72.]¹

Circuit Court, District of Columbia. March Term, 1802.

PLEADINGS — DEMURRER—WITHDRAWAL OF PLEA.

The court will not permit a plea to the merits to be withdrawn to enable the defendant to demur specially.

[See Deakins v. Lee, Case No. 3,697.]

Debt; plea, payment; replication and issue. The defendant Slater only was taken. The penal bill upon which the action was brought, was signed "David Slater & Co." and a seal.

Gantt, for defendant, moved for leave to withdraw his plea of payment, and demur to the declaration; because a seal affixed for David Slater & Co., by one only of the partners, is the seal of him only who affixed it.

THE COURT refused.

---

## Case No. 260.

In re ALSBERG et al.

[9 Ben. 17.]²

District Court, S. D. New York. Jan. 1877.

VOLUNTARY BANKRUPTCY—ADJUDICATION—COMPOSITION.

Where a petition in voluntary bankruptcy was filed, and the debtor thereafter, before an adjudication, began proceedings for a composition under the Act of June 22d, 1874, an adjudication ought not to be made merely because certain creditors ask for it, if the debtor does not ask for it.

In bankruptcy. Albert Alsberg and Joseph Jordan had filed a petition in voluntary bankruptcy. Before an adjudication of bankruptcy was made, they commenced proceedings for a composition under the act of June 22d, 1874, [18 Stat. 178, c. 390; repealed June 7, 1878, 20 Stat. 99.] Certain creditors applied to the register to make such ad-

¹[Reported by Hon. William Cranch, Chief Judge.]

²[Reported by Robert D. Benedict, Esq., and Benj. Lincoln Benedict, Esq., and here reprinted, by permission.]

judication. The debtors opposed it. The register decided that he had the right to make such adjudication and that it was his duty to do so, if the proof before him was sufficient. Before he did so, the question was certified to the court.

W. B. Hornblower, for creditors.

A. Blumenstiel, for debtors.

BLATCHFORD, District Judge. While there is no want of power, perhaps, to make the adjudication, I do not think it ought to be made unless the debtors ask to have it made, this being a voluntary case, if proceedings for a composition have been commenced by the debtors, under the act of 1874.